UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| MICHAEL R. THOMAS,<br><br>       Plaintiff,<br><br>    v.<br><br>FIRST ADVANTAGE LNS SCREENING SOLUTIONS, INC., *fka* LEXISNEXIS SCREENING SOLUTIONS, INC.,<br><br>       Defendant. | Case No: 4:13-cv-00109-AWA-LRL |

**DEFENDANT'S CONSENT MOTION
TO TRANSFER VENUE AND TO EXTEND THE DEADLINE
FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant FIRST ADVANTAGE LNS SCREENING SOLUTIONS INC., by its attorneys and pursuant to 28 U.S.C. § 1404(a), hereby moves this Court to transfer this action to the United States District Court for the Northern District of Georgia, Atlanta Division. Additionally, Defendant moves the Court to extend the deadline for Defendant's responsive pleading until 14 days after the Court rules on the motion to transfer venue, which will allow Defendant additional time to investigate Plaintiff's claims and prepare a responsive pleading.

In support of its motion, Defendant states as follows:

1.    Plaintiff filed his Complaint on August 12, 2013, alleging a single claim against Defendant under the Fair Credit Reporting Act, 15 U.S.C. § 1681e(b) ("FCRA").

2.    On August 28, 2013, Defendant was served with a copy of the Summons and Complaint. Pursuant to Rule 12(a)(1) of the Federal Rules of Civil Procedure, Defendant's responsive pleading was due on or before September 18, 2013.

- 2 -

3. On September 18, 2013, Defendant filed an Unopposed Motion for Extension of Time to File Its Responsive Pleading to Plaintiff's Compliant, which the Court granted on September 19, 2013.

4. Defendant respectfully submits that this action should be transferred to the Northern District of Georgia, Atlanta Division. As detailed more thoroughly in Defendant's memorandum of law filed contemporaneously herewith, nearly every relevant factor under 28 U.S.C. § 1404(a) weighs in favor of transferring this case to the Northern District of Georgia, Atlanta Division.

5. Defendant is headquartered in Alpharetta, Georgia. Consequently, all notices, certifications, contracts, and client correspondence relevant to Plaintiff's claims were prepared and are stored in Defendant's Alpharetta office. Similarly, Defendant's consumer center that initiated Plaintiff's dispute related to his report is located in Alpharetta, Georgia. Thus, most, if not all, of Defendant's fact witnesses are likely to be individuals who reside or work in Georgia, and the evidence and sources of proof in this action are located in Georgia.

6. On October 7, 2013, Defendant's counsel discussed this motion to transfer with Plaintiff's counsel, Leonard Bennett, who advised that Plaintiff consents to having this action transferred to the Northern District of Georgia, Atlanta Division.

The specific bases for Defendant's motion, to which Plaintiff consents, are more fully set forth in its memorandum of law filed contemporaneously herewith.

          Respectfully submitted,

          FIRST ADVANTAGE LNS SCREENING SOLUTIONS INC.

          By: s/ Taron K. Murakami
              Taron K. Murakami
              Virginia Bar No. 71307

- 3 -

tmurakami@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC 20004
Telephone: (202) 463-2400
Facsimile: (202) 828-5393

Frederick T. Smith
Georgia Bar No. 657575
fsmith@seyfarth.com
Jeffrey B. Sand
Georgia Bar No. 181568
jsand@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3962
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

*Counsel for Defendant*

Date: October 9, 2013

## CERTIFICATE OF SERVICE

I certify that on October 9, 2013, I filed DEFENDANT'S CONSENT MOTION TO TRANSFER VENUE AND TO EXTEND THE DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Leonard A. Bennett
>Susan M. Rotkis
>Consumer Litigation Associates, P.C.
>763 J. Clyde Morris Boulevard
>Suite 1-A
>Newport News, Virginia 23601

>/s/ Taron K. Murakami
>Taron K. Murakami
>VSB # 71307
>SEYFARTH SHAW LLP
>975 F Street N.W.
>Washington, D.C. 20004
>Telephone: (202) 463-2400
>Facsimile: (202) 828-5393
>tmurakami@seyfarth.com
>*Counsel for Defendant*