# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAEL R. THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>FIRST ADVANTAGE LNS SCREENING SOLUTIONS, INC., *fka* LEXISNEXIS SCREENING SOLUTIONS, INC.,<br><br>    Defendant. | Case No: 1:13-cv-04161-CC-LTW |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

_____

_____

    IT IS SO ORDERED, this _____ day of _____, 2014.

                                    _____
                                    Hon. Clarence Cooper, U.S. District Judge

17065700v.1